IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY R. PASTOR                                                                    PLAINTIFF

V.                         CASE NO. 4:13CV00229 JTK

CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration                                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 30th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE